UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| ROGELIO E. TRINIDAD | |
| CENONA ANDREA S. TRINIDAD | CASE NO. 14-80673 |

**NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS**

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**   Select Portfolio Servicing Inc.     **Court claim #: 8**

**Last four digits** of any number used to identify the debtor's account: 9875

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $2760.11 |
| Amount Paid by Trustee | $2760.11 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan        ☒   Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   4/1/19         /s/Lydia S. Meyer
                        Lydia S. Meyer, Trustee
                        308 W. State St., Suite 212
                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of April, 2019

Dated:  4/1/19              /s/Cynthia K. Burnard

SELECT PORTFOLIO SERVICING INC as servicing agent
for FED HOME LOAN MTG CORP as TRUSTEE
MFSLST SERIES 2018-2
PO BOX 65450
SALT LAKE CITY, UT 84165

WELLS FARGO HOME MORTGAGE
BANKRUPTCY DEPARTEMENT
3476 STATEVIEW BLVD.
FT. MILL, SC  29715

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

ROGELIO E. TRINIDAD
CENONA ANDREA S. TRINIDAD
2120 PRESWICK LANE
WOODSTOCK, IL  60098

DAVID H. CARTER
ATTORNEY AT LAW
308 W. STATE STREET, SUITE 215
ROCKFORD, IL  61101